# United States District Court
## For The Western District of North Carolina
### Charlotte Division

Howell W. Woltz,

                Plaintiff(s),               JUDGMENT IN A CIVIL CASE

vs.                                  3:09cv211

Dennis E. Baily et al,

                Defendant(s).

DECISION BY COURT.  This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/1/2009 Order.

Signed: June 1, 2009

*Frank G. John*

Frank G. Johns, Clerk
United States District Court